DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CEPHAS NORRIS LEONARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-2603

[December 7, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Mirman, Judge; L.T. Case No. 15000784CFAXMX.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***